UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:26-cr-11(4)

vs.

MARK LANE, District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 54); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING; AND (4) ADVISING COUNSEL FOR BOTH SIDES THAT VOLUNTARY SURRENDER IS ONLY AVAILABLE IN LIMITED CIRCUMSTANCES AND DEFENDANTS ARE TYPICALLY TAKEN INTO CUSTODY AT THE CONCLUSION OF THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. No. 54), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the R&R in full. The Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with conspiracy to possess with intent to distribute and to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(l), (b)(1)(A)–(B) and 846. The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing. Counsel for both sides are **ADVISED** that voluntary surrender is only available in limited circumstances, *see* 18 U.S.C. § 3143, and Defendants are typically taken into custody at the conclusion of the sentencing hearing.

**IT IS SO ORDERED.**

August 17, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge